IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCOTT K. HERRE,  :
:
    Plaintiff(s)  :
: Case Number: 1:02cv455-SJD
vs.  :
: District Judge Susan J. Dlott
JOSEPH PFAFFL, et al,  :
:
    Defendant(s)  :

ORDER

In light of the defendant's suggestion of bankruptcy, *see* doc. 19, this matter is hereby STAYED pursuant to 11 U.S.C. § 362(a), and the docket control is administratively CLOSED.

IT IS SO ORDERED.


                                              ___s/Susan J. Dlott_____
                                              Susan J. Dlott
                                              United States District Judge